**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

STEVEN WADE GENTRY,
    Plaintiff,

vs.                                       Case No.: 3:08cv165/MCR/EMT

M. GOODMAN,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 23, 2008 (Doc. 8).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    **DONE AND ORDERED** this 23rd day of July, 2008.

                                                _s/ M. Casey Rodgers_
                                                **M. CASEY RODGERS
                                                UNITED STATES DISTRICT JUDGE**